COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| GENE TIPTON, | § | |
| | | No. 08-12-00138-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 97th District Court |
| HALLIE BROCK, CAROLYN BROCK, | § | |
| NIKI POWELL, WILLIAM THOMPSON | | of Montague County, Texas |
| AND JILIAN HENSON, AS HEIRS OF | § | |
| LINDA THOMPSON, MICHAEL | | (TC# 2009-0000007-M-CV) |
| BEAVER, MARISA REEVES, AND | § | |
| DINA ARTEBURY, | | |
| | | |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render judgment for Appellant.

We further order that Appellant recover from Appellees the appellate costs incurred by Appellant and all costs incurred in the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF MARCH, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.